RECEIVED
IN LAKE CHARLES, LA

JUN -6 2013

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES A. WALKER | CIVIL ACTION NO. 12-CV-585 |
| #114934 | SECTION P |
| VS. | JUDGE MINALDI |
| TONY MANCUSO, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 10], and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of Fed. R. Civ. P. 41(b) and LR 41.3.

Lake Charles, Louisiana, on this the 5 day of June, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE